UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY and COURTNEY SPEARS, individuals, Plaintiffs, v. MIDLAND CREDIT MANAGEMENT, INC., Defendant. | Case No.: 20-CV-2232-BEN-BGS **ORDER GRANTING MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** [ECF No. 4] |

Plaintiffs Andy and Courtney Spears and Defendant Midland Credit Management, Inc. filed a Joint Motion for Extension of Time to Respond to Plaintiff's Complaint. ECF No. 4. Good cause appearing, the Court **GRANTS** the motion. Defendant Midland Credit Management, Inc. may file its answer or responsive pleading on or before January 18, 2021.

**IT IS SO ORDERED.**

Dated: January 6, 2021.

_____
**HON. ROGER T. BENITEZ**
United States District Judge

1

20-CV-2232-BEN-BGS