FILED

MAR 18 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY and COURTNEY SPEARS, individuals,<br>Plaintiffs,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>Defendant. | Case No.: 20-CV-2232-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS RFDCPA CLAIMS WITHOUT PREJUDICE**<br><br>[ECF No. 13] |

Plaintiffs Andy and Courtney Spears and Defendant Midland Credit Management, Inc. filed a Joint Motion for Dismissal of Plaintiffs' claims for alleged violations of the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code section 1788 *et seq* ("RFDCPA"). Good cause appearing, the Court **GRANTS** the joint motion. Plaintiffs' RFDCPA claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March /7, 2021.

HON. ROGER T. BENITEZ
United States District Judge