Abbas Kazerounian (SBN 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
P: (800) 400-6808
F: (800) 520-5523

Ryan L. McBride (SBN 297557)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andy and Courtney Spears, individuals,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Midland Credit Management, Inc.,**<br><br>**Defendant.** | Case No.: 3:20-cv-02232-BEN-BGS<br><br>**JOINT MOTION TO DISMISS** |

Plaintiffs Andy and Courtney Spears ("Plaintiffs") and Defendant Midland Credit Management, Inc. ("Defendant") (or jointly as the "Parties") hereby jointly move to dismiss the entire case with prejudice.  Each party will bear its own attorneys fees and costs. The Parties further request that the settlement disposition hearing set for May 27, 2021 be vacated along with all other pending deadlines in the case.

**KAZEROUNI LAW GROUP, APC**

Dated:  May 27, 2021            By: /s/ Ryan L. McBride\_\_\_
                                    Ryan L. McBride, Esq.
                                    Attorney For Plaintiff

**SOLOMON WARD SEIDENWURM & SMITH**

Dated:  May 27, 2021            By: /s/ Thomas F. Landers\_\_\_
                                    Thomas F. Landers, Esq.
                                    Attorney For Defendant

**STIPULATION OF DISMISSAL** 1

**STIPULATION OF DISMISSAL**