

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY and COURTNEY SPEARS, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 20-CV-2232-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 20]** |

Plaintiffs Andy and Courtney Spears and Defendant Midland Credit Management, Inc. filed a Joint Motion for Dismiss (the "Joint Motion"). ECF No. 20. In the Joint Motion, the parties move to dismiss the entire case with prejudice. *See id.* Good cause appearing, the Court **GRANTS** the Joint Motion. The case is dismissed with prejudice. Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 2, 2021

HON. ROGER T. BENITEZ
United States District Judge